**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| Personalweb Technologies LLC and<br>Level 3 Communications, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>Rackspace US, Inc., et al.,<br><br>Defendant. | Civil Action No. 6:12-cv-00659-LED<br><br>JURY TRIAL REQUESTED |

**DEFENDANT GITHUB, INC.'S ANSWER TO FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT**

Defendant GitHub, Inc. hereby responds to the First Amended Complaint without waiving its right to seek severance pursuant to 35 U.S.C. §299 as follows:

**PRELIMINARY STATEMENT**

1. GitHub lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 1 of the Amended Complaint and denies them on that basis.

2. GitHub lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 2 of the Amended Complaint and denies them on that basis.

3. GitHub lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 3 of the Amended Complaint and denies them on that basis.

**THE PARTIES**

4. GitHub lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 4 of the Amended Complaint and denies them on that basis.

5. GitHub lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 5 of the Amended Complaint and denies them on that basis.

6. GitHub lacks knowledge or information sufficient to form a belief about the truth

of the allegations of paragraph 6 of the Amended Complaint and denies them on that basis.

7. GitHub lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 7 of the Amended Complaint and denies them on that basis.

8. GitHub lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 8 of the Amended Complaint and denies them on that basis.

9. GitHub lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 9 of the Amended Complaint and denies them on that basis.

10. GitHub lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 10 of the Amended Complaint related to Rackspace and denies them on that basis. GitHub admits that it is a Delaware corporation and that Incorporating Services, Ltd. is its agent for service of process. GitHub denies the remainder of the allegations of paragraph 10 of the Amended Complaint related to GitHub.

## JURISDICTION AND VENUE

11. GitHub lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 11 of the Amended Complaint and denies them on that basis.

12. GitHub lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 12 of the Amended Complaint and denies them on that basis. By filing this answer, GitHub does not waive any argument that venue is not proper or convenient in the Eastern District of Texas as to GitHub.

13. GitHub lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 13 of the Amended Complaint and denies them on that basis.

## PERSONALWEB BACKGROUND

14. GitHub lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 14 of the Amended Complaint and denies them on that basis.

15. GitHub lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 15 of the Amended Complaint and denies them on that basis.

16. GitHub lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 16 of the Amended Complaint and denies them on that basis.

17. GitHub lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 17of the Amended Complaint and denies them on that basis.

**INFRINGEMENT OF U.S. PATENT NO. 5,978,791**

18. GitHub admits that U.S. Patent No. 5,978,791 ("the '791 Patent") was issued on November 2, 1999, and is entitled "Data Processing System Using Substantially Unique Identifiers to Identify Data Items, Whereby Data Items Have the Same Identifiers." GitHub lacks sufficient knowledge or information to admit or deny the remaining allegations contained in paragraph 18 of the Amended Complaint and denies them on that basis.

19. GitHub lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 19 of the Amended Complaint and denies them on that basis.

20. Denied.

21. Denied.

**INFRINGEMENT OF U.S. PATENT NO. 6,415,280**

22. GitHub admits that U.S. Patent No. 6,415,280 ("the '280 Patent") was issued on July 2, 2002, and is entitled "Identifying and Requesting Data in Network Using Identifiers Which Are Based on Contends of Data." GitHub lacks sufficient knowledge or information to admit or deny the remaining allegations contained in paragraph 22 of the Amended Complaint and denies them on that basis.

23. GitHub lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 23 of the Amended Complaint and denies them on that basis.

24. Denied.

25. Denied.

**INFRINGEMENT OF U.S. PATENT NO. 6,928,442**

26. GitHub admits that U.S. Patent No. 6,928,442 ("the '442 Patent") was issued on August 9, 2005, and is entitled "Enforcement and Policing of Licensed Content Using Content-based Identifiers." GitHub lacks sufficient knowledge or information to admit or deny the remaining allegations contained in paragraph 26 of the Amended Complaint and denies them on that basis.

27. GitHub lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 27 of the Amended Complaint and denies them on that basis.

28. Denied.

29. Denied.

**INFRINGEMENT OF U.S. PATENT NO. 7,802,310**

30. GitHub admits that U.S. Patent No. 7,802,310 ("the '310 Patent") was issued on September 21, 2010, and is entitled "Controlling Access to data in a Data Processing System." GitHub lacks sufficient knowledge or information to admit or deny the remaining allegations contained in paragraph 30 of the Amended Complaint and denies them on that basis.

31. GitHub lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 31 of the Complaint and denies them on that basis.

32. Denied.

33. Denied.

**INFRINGEMENT OF U.S. PATENT NO. 7,945,539**

34. This patent is not asserted against GitHub, and therefore no response is required.

35. This patent is not asserted against GitHub, and therefore no response is required.

36. This patent is not asserted against GitHub, and therefore no response is required.

**INFRINGEMENT OF U.S. PATENT NO. 7,945,544**

37. This patent is not asserted against GitHub, and therefore no response is required.

38. This patent is not asserted against GitHub, and therefore no response is required.

39. This patent is not asserted against GitHub, and therefore no response is required.

**INFRINGEMENT OF U.S. PATENT NO. 7,949,662**

40. This patent is not asserted against GitHub, and therefore no response is required.

41. This patent is not asserted against GitHub, and therefore no response is required.

42. This patent is not asserted against GitHub, and therefore no response is required.

**INFRINGEMENT OF U.S. PATENT NO. 8,001,096**

43. This patent is not asserted against GitHub, and therefore no response is required.

44. This patent is not asserted against GitHub, and therefore no response is required.

45. This patent is not asserted against GitHub, and therefore no response is required.

**INFRINGEMENT OF U.S. PATENT NO. 8,099,420**

46. GitHub admits that U.S. Patent No. 8,099,420 ("the '420 Patent") was issued on January 17, 2012, and is entitled "Accessing Data in a Data processing System." GitHub lacks sufficient knowledge or information to admit or deny the remaining allegations contained in paragraph 46 of the Amended Complaint and denies them on that basis.

47. GitHub lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 47 of the Amended Complaint and denies them on that basis.

48. Denied.

49. Denied.

**COUNT ONE – PATENT INFRINGEMENT AGAINST RACKSPACE AND GITHUB**

50. GitHub incorporates by reference its responses to paragraphs 1-49 of Plaintiffs' Amended Complaint.

51. Denied.

52. GitHub lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 52 of the Amended Complaint and denies them on that basis.

53. GitHub lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 53 of the Amended Complaint and denies them on that basis.

54. GitHub admits that its website (*e.g.*, https://github.com) states on the date of this answer: "Build software better, together. Powerful collaboration, code review, and code management for open source and private projects. Need private repositories?" GitHub denies the remaining allegations in paragraph 54 of the Amended Complaint.

55. GitHub admits that on the date of this answer, its website (*e.g.*, https://github.com) describes features and resources available to individuals who use its code hosting service. GitHub denies the remaining allegations in paragraph 55 of the Amended Complaint.

56. GitHub lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 56 of the Amended Complaint related to Rackspace and denies them on that basis. GitHub denies the remaining allegations in paragraph 56 of the Amended Complaint.

57. GitHub lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 57 of the Amended Complaint related to Rackspace and denies them on that basis. GitHub denies the remaining allegations in paragraph 57 of the Amended Complaint.

58. GitHub lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 58 of the Amended Complaint related to Rackspace and denies them on that basis. GitHub denies the remaining allegations in paragraph 58 of the Amended Complaint.

59. GitHub lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 59 of the Amended Complaint and denies them on that basis.

60. Denied.

61. GitHub lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 61 of the Amended Complaint and denies them on that basis.

62. GitHub admits that on the date of this answer, its website (*e.g.,* https://github.com) includes references to "commits," "trees," "blobs" and "SHA" and that on the date of this answer, the page http://developer.github.com/v3/git/ includes the words: "The Git Database API gives you access to read and write raw Git objects to your Git database on GitHub and to list and update your references (branch heads and tags)." GitHub denies the remaining allegations in paragraph 62 of the Amended Complaint.

63. GitHub lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 63 of the Amended Complaint related to Rackspace and denies them on that basis. GitHub denies the remaining allegations in paragraph 63 of the Amended Complaint.

64. GitHub lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 64 of the Amended Complaint related to Rackspace and denies them on that basis. GitHub denies the remaining allegations in paragraph 64 of the Amended Complaint.

65. GitHub lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 65 of the Amended Complaint related to Rackspace and denies them on that basis. GitHub denies the remaining allegations in paragraph 65 of the Amended Complaint.

66. GitHub lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 66 of the Amended Complaint related to Rackspace and denies them on that basis. GitHub admits that at least by the date that the Amended Complaint was served on it, it received notice of Plaintiffs' allegation that it infringed one or more patents.

## PLAINTIFFS' JURY DEMAND

GitHub admits that Plaintiffs demand a jury trial on all issues so triable.

## PRAYER

GitHub does not believe that a response to the Prayer is required. However, to the extent that Plaintiffs assert that they are entitled to any relief, GitHub disagrees with such assertions and denies the propriety of any relief sought.

## AFFIRMATIVE DEFENSES

### FIRST DEFENSE
(Failure to State a Claim)

The relief Plaintiffs seek is barred in whole or in part because the Amended Complaint fails to state a claim upon which any relief may be granted.

### SECOND DEFENSE
(Non-Infringement)

GitHub is not infringing and has not infringed any valid claim of the patents-in-suit.

**THIRD DEFENSE**
(Invalidity)

Each and every claim of the patents-in-suit is invalid for failing to satisfy one or more of the conditions for patentability specified in Title 35 of the United States Code, including without limitation Sections 101, 102, 103, and 112.

**FOURTH DEFENSE**
(Laches)

The relief Plaintiffs seek is barred in whole or in part by the doctrine of laches.

**FIFTH DEFENSE**
(Prosecution History Estoppel)

Plaintiffs' claims are barred in whole or in part by the doctrine of prosecution history estoppel.

**SIXTH DEFENSE**
(Prosecution History Disclaimer)

Plaintiffs' claims are barred in whole or in part by the doctrine of prosecution history disclaimer.

**SEVENTH DEFENSE**
(Ensnarement and Prior Art Estoppel)

Plaintiffs' claims are barred in whole or in part by the doctrine of ensnarement and/or the doctrine of prior art estoppel.

**EIGHTH DEFENSE**
(Standing)

On information and belief, Plaintiffs do not hold all rights and interest in the patents-in suit and therefore lack standing to sue for infringement pursuant to Federal Rule of Civil Procedure 12(b)(1).

**RIGHT TO ASSERT ADDITIONAL DEFENSES**

GitHub expressly reserves the right to assert and pursue additional defenses.

Dated: November 8, 2013

RESPECTFULLY SUBMITTED,

**DURIE TANGRI LLP**

By: */s/ Ryan M. Kent*

Ryan M. Kent
217 Leidesdorff Street
San Francisco, CA 94111-3007
(415) 362-6666

*Attorney For Defendant* GitHub, Inc.

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to FED. R. CIV. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by U.S. mail, on November 8, 2013.

*/s/ Ryan M. Kent*
Ryan M. Kent