**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| PERSONALWEB TECHNOLOGIES, LLC. AND LEVEL 3 COMMUNICATIONS, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> RACKSPACE US, INC. AND RACKSPACE HOSTING, INC., *ET AL*. <br><br> Defendants. | Civil Action No. 6:12-cv-00659 (LED) <br><br> JURY TRIAL DEMANDED |

## ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS RACKSPACE US, INC. AND RACKSPACE HOSTING, INC. ONLY

Pursuant to the Stipulation of Dismissal by and among Plaintiffs PersonalWeb Technologies LLC and Level 3 Communications LLC and Defendants Rackspace US, Inc. and Rackspace Hosting, Inc.;

**IT IS HEREBY ORDERED THAT**:

Pursuant to Federal Rule of Civil Procedure 41(a)(2), all claims in the above-captioned action against Rackspace US, Inc. and Rackspace Hosting, Inc. only are dismissed with prejudice. This Order does not affect the ongoing action against Defendant GitHub (which is currently stayed).

Each party shall bear its own costs, expenses, and attorneys' fees.

2

**So ORDERED and SIGNED this 20th day of October, 2014.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**